Case 4:10-cv-04693-CW   Document 1-1   Filed 10/18/10   Page 1 of 2

D. HENDERSON # G21923
C.S.P. SACRAMENTO
P.O. BOX 290066
REPRESSA, CA. 95671-0066

RECEIVED
2010 OCT 15 P 3:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRORE

OFFICE OF THE CLERK, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED

13

CSP-SAC MAILROOM

RECEIVED

CSP-SAC MAILROOM