IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMORA HENDERSON,<br><br>    Petitioner,<br><br>  v.<br><br>TIM V. VIRGA, Warden,<br><br>    Respondent.               / | No. C 10-04693 CW (PR)<br><br>ORDER OF DISMISSAL |

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He also seeks leave to proceed in forma pauperis.  He states that his post-conviction proceeding is still pending before the state appellate court.  (Pet. at 2, 5.)

    The exhaustion requirement applicable to federal habeas petitions is not satisfied if there is a pending post-conviction proceeding in state court.  See 28 U.S.C. § 2254(b)-(c); Sherwood v. Tomkins, 716 F.2d 632, 634 (9th Cir. 1983).  If a post-conviction challenge to a criminal conviction is pending in state court, a potential federal habeas petitioner must await the outcome of the challenge before his state remedies are considered

exhausted. See id. Moreover, the rule in Sherwood applies whether or not the issue raised in the pending state petition is included in the federal petition, see id., for the reason that a pending state court challenge may result in the reversal of the petitioner's conviction, thereby mooting the federal petition. See id. (citations omitted).

As Petitioner has a post-conviction proceeding currently pending in the state appellate court, the instant petition for a writ of habeas corpus is DISMISSED without prejudice to refiling once all state court post-conviction challenges to Petitioner's conviction have been completed, and all claims Petitioner wishes to raise in federal court have been presented to the Supreme Court of California. See 28 U.S.C. § 2254(b)-(c); Rose v. Lundy, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas petition must be exhausted).

The Clerk of the Court shall enter judgment and close the file.

Petitioner's application to proceed in forma pauperis is GRANTED.

This Order terminates Docket no. 2.

IT IS SO ORDERED.

Dated: 1/10/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEMORA HENDERSON,

        Plaintiff,

v.

RGA et al,

        Defendant.

Case Number: CV10-04693 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demora Henderson G-21923
CSP-Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: January 10, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk